| | |
|---|---|
| 1 | STEVEN H. BOVARNICK (State Bar # 99361)<br>Sbovarnick@lpslaw.com |
| 2 | LELAND, PARACHINI, STEINBERG,<br>   MATZGER & MELNICK, LLP |
| 3 | 199 Fremont Street - 21st Floor<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 957-1800<br>Facsimile: (415) 974-1520 |

Attorneys for Defendants PHYLLIS GIANT BURGER, JMCHO Inc. a California corporation dba PHYLLIS' GIANT BURGER and KAR-FOURTH LLC, a California limited liability company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>PHYLLIS' GIANT BURGER; JMCHO, INC., a California corporation d.b.a. PHYLLIS GIANT BURGER; KAR-FOURTH LLC, a California limited liability company<br><br>            Defendants. | Case No. 3:18-cv-03681-EMC<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME FOR DEFENDANTS PHYLLIS' GIANT BURGER, JMCHO, INC. DBA PHYLLIS' GIANT BURGER AND KAR-FOURTH LLC TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff, Byron Chapman ("Plaintiff"), by and through his counsel of record, and Defendant Phyllis' Giant Burger, Defendant JMCHO, INC. a California corporation d.b.a. Phyllis' Giant Burger and Defendant Kar-Fourth, LLC, a California limited liability (collectively "Defendants"), by and through their counsel of record, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), that Defendants may have to and including **August 30, 2018** to file a responsive pleading to this matter.  This is Defendants first extension of time and does not alter the date of any event or deadline fixed by Court order, including the last date by which the joint site inspection must be conducted pursuant to General Order 56.

| | | |
|---|---|---|
| DATED: July 24, 2018 | | THOMAS E. FRANKOVICH, A.P.L.C. |
| | By: | /s/ Amanda Lockhart |
| | | Amanda Lockhart |
| | | Attorneys for Plaintiff |
| | | Byron Chapman |
| DATED: July 24, 2018 | | LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP |
| | By: | /s/ Steven H. Bovarnick |
| | | Steven H. Bovarnick |
| | | Attorneys for Defendants PHYLLIS GIANT BURGER, JMCHO Inc. a California corporation dba PHYLLIS' GIANT BURGER and KAR-FOURTH LLC, a California limited liability company |

I attest that the signature of the person whose electronic signature is shown above is maintained by me, and that her concurrence in the filing of this document and attribution of her signature was obtained.

/s/Steven H. Bovarnick
Steven H. Bovarnick
Attorneys for Defendants PHYLLIS GIANT BURGER, JMCHO Inc. a California corporation dba PHYLLIS' GIANT BURGER and KAR-FOURTH LLC, a California limited liability company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
July 24, 2018
IT IS SO ORDERED
Judge Edward M. Chen