UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chapman,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JMCHO Inc.<br><br>　　　　　Defendants. | Case No. 18-cv-03681-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff in the above-entitled matter failed to appear at the case management conference on January 17, 2019.

　　　THE COURT hereby issues an ORDER TO SHOW CAUSE why sanctions should not be imposed against plaintiff for unexcused failure to appear at the CMC and failure to comply with General Order 56. Plaintiff's response to the Order to Show Cause shall be filed by January 29, 2019.

**IT IS SO ORDERED.**

Dated: January 17, 2019

_____
EDWARD M. CHEN
United States District Judge